Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

*ORDER*

PER CURIAM.

In this court-tried case, defendants appeal from judgments in favor of plaintiff in consolidated suits on a promissory note and for damages for fraud and misrepresentation.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

■

Marianne FENZL, Respondent,

v.

James GERHARDT, et al., Appellants,

v.

MAGNA BANK, f/k/a Landmark Bank of St. Charles, Respondent.

No. 63774.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 10, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 22, 1995.

William James O'Herin, Florissant, for appellant.

Brian E. McGovern, McCarthy, Leonard, Kaemmerer, Owen, Laderman & Lamkin, Chesterfield, for respondent.

Before AHRENS, P.J., and KAROHL and CRANE, JJ.

■

In re the MARRIAGE OF Bobby Glen SMITH and Betty Charlene Smith.

Bobby Glen Smith, Petitioner–Appellant,

and

Betty Charlene Smith, Respondent–Respondent.

No. 19561.

Missouri Court of Appeals,
Southern District,
Division Two.

Jan. 11, 1995.

Motion for Rehearing or Transfer to Supreme Court Denied Feb. 2, 1995.

Application to Transfer Denied
March 21, 1995.

